SKDWM

**SARETSKY KATZ DRANOFF WEISSMAN & MAYNARD, L.L.P.**

**565 Taxter Road, Suite 210**
**Elmsford, New York 10523**
TELEPHONE (212) 973-9797
FACSIMILE (212) 973-0939
E-MAIL rweissman@skdwmlaw.com
www.skdllp.com

September 4, 2026

***VIA ECF***
Hon. Cathy Seibel
U.S. District Courthouse for the Southern District of New York
300 Quarropas Street, Courtroom 621
White Plains, New York 10601-4150

Re: *Madeline Kessler-Contreras v. County of Rockland and Lucy Redzeposki*
Docket No.: 25-CV-6375

Dear Judge Seibel:

On behalf of defendants the County of Rockland and Lucy Redzeposki in the above-referenced matter, I respectfully request a thirty (30) day enlargement of our time to serve (but not file) our motion for summary judgment. The current deadline is September 9, and we are requesting an extension through October 9, 2025. This would also require extensions of plaintiff's deadline to serve (but not file) opposition through December 9, and the deadline for defendants to serve our reply and for the parties to e-file all documents through January 7, 2026.

This is our first request for an enlargement of the deadline and this is a bundled motion, so an extension will not impact the court's time to decide the motion. Counsel for plaintiff has graciously consented to our request. The reason for this request is the volume of the work that I am currently involved in, including a reply due on September 10, a motion to dismiss due September 14 and an order to show cause/Yellowstone application with opposition due September 16 and numerous depositions. In addition, plaintiff's counsel has asked that I look into a discovery issue, and I am doing so. Thank you for your consideration.

Very truly yours,
Robert B. Weissman

cc: ***Via ECF***
Stanley J. Silverstone, Esq.

Application granted. Defendants' motion for summary judgment due October 9, 2026; Plaintiff's opposition due December 9, 2026; and Defendants' reply due January 7, 2027.

SO ORDERED.

CATHY SEIBEL, U.S.D.J. 9/4/26